PROB 12B
(7/93)



**FILED**
DISTRICT COURT OF GUAM
DEC -5 2005♍
MARY L.M. MORAN
CLERK OF COURT

*United States District Court*

for

*District of Guam*

### Report for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Philip Salas Pinaula**   Case Number: **CR 04-00001-002**

Name of Sentencing Judicial Officer:   Honorable Joaquin V.E. Manibusan, Jr.

Date of Original Sentence:   May 26, 2004

Original Offense:   Taking of a Threatened Species, in violation of 16 U.S.C. §1538(a)(1)(G).

Original Sentence:   A 60 month term of probation with conditions: comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; perform 200 hours of community service; support his dependents and meet other family responsibilities; refrain from the excessive use of alcohol; obtain his high school diploma or its equivalent, and if the defendant obtains his high school diploma or its equivalent within two years, the probationary period will be reduced to two years; and $25 special assessment fee.

Type of Supervision: Probation   Date Supervision: May 26, 2004

### PETITIONING THE COURT

☐ To extend the term of supervision _____ years, for a total term _____ years.

☒ To modify the conditions of supervision as follows:

1.  That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.

**ORIGINAL**

Report for Modifying the
Conditions or Term of Supervision with
Consent of Offender

page 2

## CAUSE

On September 2, 2005, the Ninth Circuit, in *United States v. Stephens*, No. 04-50170, addressed 18 U.S.C. § 3583(d) supervised release and 18 U.S.C. §3563(a)(5) probation mandatory testing conditions which requires that the district court determine the maximum number of mandatory drug tests. The Ninth Circuit held that because the statute requires the district court to determine the maximum number of drug tests under the mandatory condition, transferring this duty to the probation officer was an improper delegation of Article III judicial power.

To address the implications of *United States v. Stephens* Ninth Circuit No. 04-50170, it is respectfully requested that the Court modify the defendant's mandatory condition to set the maximum number of tests the defendant must submit. It is therefore recommended that the mandatory condition be modified as follows:

> That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.

The offender's supervision will be transferred to the District of Hawaii, who has requested that his conditions be modified to include the above-stated condition. The offender has agreed to the above modification and attached is a Probation From 49 Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision with his consent.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 12/2/05

Respectfully submitted,

by: JUDY ANNE L. OCAMPO
U.S. Probation Officer

Date: 12-01-05

## THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other

RECEIVED
DEC - 2 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

D. LOWELL JENSEN, Designated Judge

Date: December 5, 2005

Case 1:04-cr-00001 Document 53 Filed 12/05/2005 Page 2 of 3

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

*General Condition:*   *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition).*

Witness: ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

Signed: PHILIP PINAULA
Probationer

11/6/05
Date