PROB 12B
(7/93)



FILED

DISTRICT COURT OF GUAM

MAR 17 2006 ᵠf

MARY L.M. MORAN
CLERK OF COURT

*United States District Court*

for

*District of Guam*

### Report for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Philip Salas Pinaula**          Case Number: **CR 04-00001-002**

Name of Sentencing Judicial Officer:     Honorable Joaquin V.E. Manibusan, Jr.

Date of Original Sentence:     May 26, 2004

Original Offense:     Taking of a Threatened Species, in violation of 16 U.S.C. §1538(a)(1)(G).

Original Sentence:     A 60 month term of probation with conditions: comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; perform 200 hours of community service; support his dependents and meet other family responsibilities; refrain from the excessive use of alcohol; obtain his high school diploma or its equivalent, and if the defendant obtains his high school diploma or its equivalent within two years, the probationary period will be reduced to two years; and $25 special assessment fee. **Conditions modified on** December 5, 2005 to include that he refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.

Type of Supervision:  Probation          Date Supervision:  May 26, 2004

---

### PETITIONING THE COURT

☐  To extend the term of supervision          years, for a total term          years.

☒  To modify the conditions of supervision as follows:

1.     That the defendant's conditions be modified to reflect that he shall refrain from the use of any and all alcohol and shall submit to random alcohol testing upon the request of the U.S. Probation Office.

**ORIGINAL**

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender                                                                              page 2

CAUSE

On February 23, 2006, Philip S. Pinaula was arrested for Driving Under the Influence of an Intoxicating Liquor (D.U.I.). According to Guam Police Report No. 06-04738, Mr. Pinaula was driving at a rate of 84 miles per hour before slamming on the brakes and veering into the median lane to avoid hitting a slower vehicle. Upon executing a traffic stop, Officer J.E.D. Santo Tomas inquired as to the reason for the excessive speed, and noted a strong odor of an intoxicating liquor emitting from Mr. Pinaula's breath. Mr. Pinaula admitted that he had consumed six cans of beer. He agreed to submit to a Standardized Field Sobriety Test, at which time he provided a breath sample, which yielded a reading of .158 Blood Alcohol Content. Mr. Pinaula was then transported to the Hagatna Precinct where he was booked and released. Mr. Pinaula has a initial hearing at the Superior Court of Guam on February 28, 2007.

Except as outlined above, Mr. Pinaula has been complied with the conditions of supervision since being placed on probation. He paid his $100 special assessment fee on May 26, 2004; completed 200 hours of community service on August 23, 2005; and has been employed as a general helper at the Maoleg Marine Sports since January 2006. He also submits his monthly supervision reports in a timely manner.

The Probation Officer respectfully requests that the Court modify Mr. Pinaula's standard conditions be modified to include that he refrain from any and all use of alcohol, and submit to random alcohol testing. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Pinaula's consent to the modification. Mr. Pinaula's progress will continue to be monitored and any further noncompliance will be reported to the Court accordingly.

Reviewed by:                                                          Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON                         by: JUDY ANNE L. OCAMPO

U.S. Probation Officer                                           U.S. Probation Officer
Supervision Unit Leader

Date:  3/16/06                                                      Date: 3/15/06

THE COURT ORDERS

☐  No Action

☐  The Extension of Supervision as Noted Above.

☒  The Modification of Conditions as Noted Above.

☐  Other

RECEIVED
MAR 17 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

_____
Signature of Judicial Officer

March 17, 2006
_____
Date

PROB 49
(3/89)

for

*District of Guam*

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. That the defendant's conditions be modified to reflect that he shall refrain from the use of any and all alcohol and shall submit to random alcohol testing upon the request of the U.S. Probation Office.

Witness:   Judy Anne L. Ocampo          Signed:   Philip S. Pinaula

U.S. Probation Officer                   Probationer or Supervised Releasee

3/10/06

Date