# UNITED STATES DISTRICT COURT

for

## District of Guam

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Philip Salas Pinaula**          Case Number: **CR 04-00001-002**

Name of Sentencing Judicial        Joaquin V.E. Manibusan, Jr.

Date of Original Sentence: May 26, 2004

Original Offense:   Taking of a Threatened Species, in violation of 16 U.S.C. §538(a)(1)(g)

Original Sentence:  Five years probation with conditions to include: comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; perform 200 hours of community service; support dependents and meet other family responsibilities; refrain from the excessive use of alcohol; and obtain high school diploma or its equivalent. The Court also ordered that should the defendant obtain his high school diploma or its equivalent within two years, the probation period would be reduced to two years; and pay a $25 special assessment fee. **Modified** on December 5, 2005 to include that he refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision. **Modified** on March 17, 2006 to prohibit consumption of any and all alcohol.

Type of Supervision:  **Probation**          Date Supervision Commenced:  **May 26, 2004**
Assistant U.S. Attorney:  **Karon V. johnson**    Defense Attorney:  **Joaquin C. Arriola, Jr.**

**PETITIONING THE COURT**

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision, in violation of 18 U.S.C. §3583(d):

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory Condition #1 | Defendant was arrested for Driving Under the Influence of alcohol on November 5, 2007 and November 13, 2007. |
| Standard Condition #1 | Defendant failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. |
| Special Condition #1 | Defendant failed to refrain from the use of any and all alcohol. |

✎Prob 12C
(12/04)

U.S. Probation Officer Recommendation:

**X** The term of supervision should be

    **X** revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

*See attached Declaration in Support of Petition,
Re: Violation of Probation Conditions; Request for a Summons
submitted by USPO Judy Anne L. Ocampo*

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

Date: December 3, 2007

I declare under penalty of perjury that
the foregoing is true and correct.

/s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Executed on: December 3, 2007

**THE COURT ORDERS:**

☐ No action.

☐ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

**VIOLATION WORKSHEET**

1. Defendant **Philip Salas Pinaula**
2. Docket Number (Year-Sequence-Defendant No.) **CR 04-00001-002**
3. District/Office 0993/1
4. Original Sentence Date 05 / 26 / 2004
   month  day  year

(If different than above):
5. Original District/Office
6. Original Docket Number (Year-Sequence-Defendant No.)

7. List each violation and determine the applicable grade (see §7B1.1(b))

| Violation(s) | Grade |
|---|---|
| Failure from refraining to commit another federal, state or local crime. | A |
| Failure to notify the Probation Officer of being arrested or questioned by a law enforcement officer. | C |
| Failure to refrain from the use of any and all alcohol. | C |

8. Most Serious Grade of Violation (see §7B1.1(b))  **A**
9. Criminal History Category (see §7B1.4(a))  **I**
10. Range of Imprisonment (see §7B1.4(a))  **12 to 18 months**

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

[ ] (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

[ ] (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

[X] (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

**Mail documents to: United States Sentencing Commission, One Columbus Circle, N.E. Suite 2-500 Washington, D.C. 20002-8002 Attn: Document Control, Office of Monitoring** *02/2003*

Case 1:04-cr-00001   Document 56-2   Filed 12/04/2007   Page 1 of 2

Defendant: **Philip Salas Pinaula**

12. **Unsatisfied Conditions of Original Sentence**

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

    | | | | |
    |---|---|---|---|
    | Restitution ($) | N/A | Community Confinement | N/A |
    | Fine ($) | N/A | Home Detention | N/A |
    | Other | N/A | Intermittent Confinement | N/A |

13. **Supervised Release**

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

    Term: 0 to 1 years.

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment (see 18 U.S.C. §3583(e) and §7B1.3(g)(2)).

    Period of supervised release to be served following release from imprisonment:

14. **Departure**

    List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

15. **Official Detention Adjustment** (see §7B1.3(e)):   0 months   days

**Mail documents to: United States Sentencing Commission, One Columbus Circle, N.E. Suite 2-500 Washington, D.C. 20002-8002 Attn: Document Control, Office of Monitoring**   *02/2003*

Case 1:04-cr-00001   Document 56-2   Filed 12/04/2007   Page 2 of 2

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00001-002 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION IN SUPPORT OF PETITION** |
| vs. | ) | |
| | ) | |
| PHILIP SALAS PINAULA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Re: Violations of Probation Conditions, Request for a Summons**

     I, U.S. Probation Officer Judy Anne L. Ocampo, am the U.S. Probation Officer assigned to supervise the Court ordered conditions of probation for Philip Salas Pinaula, and in that capacity declare as follows:

     On May 26, 2004, Philip Pinaula was sentenced by U.S. Magistrate Judge Joaquin V.E. Manibusan, Jr. to five years probation for Taking of Threatened Species, in violation of 16 U.S.C. §1538(a)(1)(g). He commenced his probation term on the same date.

     On December 5, 2005, Mr. Pinaula's conditions were modified to include that he refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.

     On February 23, 2006, Mr. Pinaula was arrested for Driving Under the Influence of an Intoxicating Liquor . On March 17, 2006, Mr. Pinaula's probation conditions were again modified by the Court to include that he refrain from the use or any and all alcohol and shall submit to random alcohol testing upon the request of the U.S. Probation Office. At his initial hearing on February 28, 2007, the case was denied prosecution. Mr. Pinaula is alleged to have violated the following conditions:

DECLARATION IN SUPPORT OF PETITION
Violation of Probation Conditions; Request for a Summons
Re:    PINAULA, Philip Salas
Criminal Case No. 04-00001-002
December 3, 2007
Page 2


**Mandatory Condition #1:** *The defendant shall not commit another federal, state, or local crime.*

On November 5, 2007, Mr. Pinaula was arrested for Driving Under the Influence. He was booked and released and issued a Citation and Notice to Appear in the Superior Court of Guam on November 12, 2008.  On the same date, Mr. Pinaula advised the Probation Officer of his arrest and agreed to a modification of his conditions to include that he serve two weekends or six days of intermittent confinement at the direction of the U.S. Probation Office as a sanction.

On November 13, 2007, Mr. Pinaula was again arrested for Driving Under the Influence.  He was booked and confined.  A Magistrate's Complaint was filed in the Superior Court of Guam under Criminal Case Number CM0864-07, which charged Mr. Pinaula with Count I: Driving While Under the Influence of Alcohol, as a misdemeanor, and Count II: Reckless Driving, as a petty misdemeanor.  On November 21, 2007, Mr. Pinaula appeared before Judge Anita Sukola for an Arraignment Hearing, and was released on a $2,000 personal recognizance bond.  Mr. Pinaula is being supervised by Probation Officer Anthony Toves and is required to check in once a week.  He has also been placed under drug and alcohol testing.  Mr. Pinaula's next scheduled hearing is on December 14, 2007.

**Standard Condition #1:** *The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.*

On November 15, 2007, this Officer attempted to contact Mr. Pinaula to advise him of quarterly alcohol testing.  This Officer spoke with Mr. Pinaula's girlfriend, Susan Dedios, who related that he was arrested two days earlier and was confined at the Hagatna Detention Facility.  Mr. Pinaula did not notify the Probation Officer until November 26, 2007 and advise of his arrest.

**Special Condition #1:** *The defendant shall refrain from the use of any and all alcohol and shall submit to random alcohol testing upon the request of the U.S. Probation Office.*

Mr. Pinaula was arrested twice for Driving Under the Influence of Alcohol since his modification on March 17, 2006 to prohibit alcohol consumption.

This report outlines Mr. Pinaula's third documented arrest while on probation, each occurring while he was under the influence of alcohol.

DECLARATION IN SUPPORT OF PETITION
Violation of Probation Conditions; Request for a Summons
Re: PINAULA, Philip Salas
Criminal Case No. 04-00001-002
December 3, 2007
Page 3

**Supervision Compliance:** Mr. Pinaula has completed all probation conditions, with the exception of obtaining his high school diploma or its equivalent. On November 26, 2007, he took the GED placement test and is awaiting the commencement of classes upon the determination of his placement.

**Recommendation:** This probation officer respectfully requests the Court to issue a Summons for Mr. Pinaula, and upon its execution, that he be brought to appear for a hearing to answer or show cause why probation should not be revoked, pursuant to Title 18, U.S.C. § 3583.

Executed this 3rd day of December 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: Karon V. Johnson, AUSA
Joaquin C. Arriola, Jr., Defense Counsel
File