✎PROB 12C
( 12/04)

# UNITED STATES DISTRICT COURT

for

## District of Guam

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Philip Salas Pinaula**  Case Number: **CR 04-00001-002**
Name of Sentencing Judicial  **Joaquin V.E. Manibusan, Jr.**
Date of Original Sentence: May 26, 2004

Original Offense: Taking of a Threatened Species, in violation of 16 U.S.C. §538(a)(1)(g)

Original Sentence: Five years probation with conditions to include: comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; perform 200 hours of community service; support dependents and meet other family responsibilities; refrain from the excessive use of alcohol; and obtain high school diploma or its equivalent. The Court also ordered that should the defendant obtain his high school diploma or its equivalent within two years, the probation period would be reduced to two years; and pay a $25 special assessment fee. **Modified** on December 5, 2005 to include that he refrain from any unlwaful use of a controlled substance and submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision. **Modified** on March 17, 2006 to prohibit consumption of any and all alcohol.

Type of Supervision:  **Probation**   Date Supervision Commenced:  **May 26, 2004**
Assistant U.S. Attorney:  **Karon V. johnson**   Defense Attorney:  **Joaquin C. Arriola, Jr.**

**PETITIONING THE COURT**

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision, in violation of 18 U.S.C. §3583(d):

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory Condition #1 | Defendant was arrested for Driving Under the Influence of alcohol on November 5, 2007 and November 13, 2007. |
| Standard Condition #1 | Defendant failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. |
| Special Condition #1 | Defendant failed to refrain from the use of any and all alcohol. |

✎Prob 12C
(12/04)

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

*See attached Declaration in Support of Petition,*
*Re: Violation of Probation Conditions; Request for a Summons*
*submitted by USPO Judy Anne L. Ocampo*

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

Date: December 3, 2007

I declare under penalty of perjury that the foregoing is true and correct.

/s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Executed on: December 3, 2007

**THE COURT ORDERS:**

[ ] No action.

[ ] The issuance of a warrant.

[X] The issuance of a summons. A summons shall issue for December 12, 2007, at 9:30 a.m.

[ ] Other

/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
**Dated: Dec 04, 2007**