CASE NO.: CR-04-00001   DATE: December 12, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori   Court Recorder: Walter M. Tenorio
Courtroom Deputy: Virginia T. Kilgore   Electronically Recorded: 9:41:26 - 9:54:14
CSO: L. Ogo

**APPEARANCES:**

Defendant: Philip Salas Pinaula   Attorney: Jacqueline Terlaje on behalf of Joaquin C. Arriola, Jr.

☑ Present ☐ Custody ☐ Bond ☐ P.R.   ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Rosetta San Nicolas   U.S. Agent:
U.S. Probation: Judy Ocampo   U.S. Marshal: T. Muna
Interpreter:   Language:

**PROCEEDINGS: Initial Appearance re Petition for Revocation of Probation**
- Joaquin C. Arriola, Jr. appointed to represent the defendant.
- Defense requested a continuance to allow probation to clarify the Grade A violation. She further stated that she would like to speak with her client in regards to the sentencing recommendation she received this morning. She recommended that the Court order the defendant not to drive and to report on a weekly basis to probation for alcohol testing. Government concurred.
- Proceedings continued to: December 27, 2007 at 10:30 A.M.
- The Court continued defendant's release the defendant and ordered him to not operate a vehicle and to report to probation for alcohol testing as directed.

NOTES: