1
2
3
4
5
6 DISTRICT COURT OF GUAM

7 TERRITORY OF GUAM

8

9 UNITED STATES OF AMERICA,                    CRIMINAL CASE NO. **04-00001-002**

10                    Plaintiff,

11         vs.                                 **APPOINTMENT ORDER**

12 **PHILIP SALAS PINAULA,**

13                    Defendant.

14

15         IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent

16 the defendant in the above-entitled case *nunc pro tunc* to December 7, 2007.

17
         Dated this 11ᵗʰ day of December 2007.
18

19

20                                          /s/ Joaquin V.E. Manibusan, Jr.
                                             **U.S. Magistrate Judge**
21                                          **Dated: Dec 12, 2007**

22

23

24

25

26

27

28