➔AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

**FILED**
DISTRICT COURT OF GUAM
DEC 13 2007
JEANNE G. QUINATA
Clerk of Court

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| PHILIP SALAS PINAULA | Case Number: CR-04-00001-002 |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910 | 413 |
| | Date and Time |
| Before: HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Wednesday, December 12, 2007 at 9:30 a.m. |

To answer a(n)
☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of _____ United States Code, Section(s) _____

**Brief description of offense:**

See Petition for Warrant or Summons for Offender Under Supervision, filed on December 4, 2007.

**RECEIVED**
DEC -  2007
US MARSHALS SERVICE-GUAM

WALTER M. TENORIO, Deputy Clerk
Name and Title of Issuing Officer

[signature]
Signature of Issuing Officer

December 7, 2007
Date

**ORIGINAL**

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | 12/13/07 |

**Check one box below to indicate appropriate method of service**

☒ Served personally upon the defendant at:

USMS, Hagatna Gu.

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  12/13/07
Date

_____ /s/ _____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.