**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**REVOCATION**

CASE NO.: CR-04-00001 DATE: December 27, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori    Court Reporter: Wanda Miles
Courtroom Deputy: Walter Tenorio    Electronically Recorded: 10:32:12-10:41:00
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Philip Salas Pinaula    Attorney: Jacqueline Terlaje on behalf of Joaquin C. Arriola, Jr.
☑Present ☐Custody ☐Bond ☐P.R.    ☑Present ☐Retained ☐FPD ☑CJA
U.S. Attorney: Karon Johnson    U.S. Agent:
U.S. Probation: Grace Flores    U.S. Marshal: T. Muna
Interpreter:    Language:

**PROCEEDINGS: Preliminary Revocation Hearing**
- Defense counsel's request for a short continuance to allow her to review the sentencing recommendation and to consult with her client's local counsel regarding his pending case in Superior Court of Guam granted.
- Proceedings continued to: January 9, 2008 at 10:00 a.m.
- Defendant to remain released.

NOTES: