# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-04-00001　　　　　　　　　　DATE: January 09, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio　　　　Electronically Recorded: 9:57:17 - 9:59:59
CSO: D. Quinata

**APPEARANCES:**
Defendant: Philip Salas Pinaula　　　　　Attorney: Joaquing C. Arriola, Jr.
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Judy Ocampo　　　　　　 U.S. Marshal: None Present
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS:** Preliminary Revoaction Hearing
- Defendant admits to all the allegations.
- Revocation of probation <u>granted</u>.
- Defendant sentenced to 6 months imprisonment.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: