# UNITED STATES DISTRICT COURT

District of             Guam

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| PHILIP SALAS PINAULA | Case Number: CR-04-00001-002 |
| | USM Number: |
| | JOAQUIN C. ARRIOLA, JR. (court appointed) |
| | Defendant's Attorney |

**THE DEFENDANT:**

**X** admitted guilt to violation of    mandatory and special conditions    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Shall not commit another federal, state, or local crime | 11/5/2007 & 11/13/2007 |
| 2 | Shall notify the Probation Officer within seventy-two hours of being arrested or questioned by law enforcement officer | |
| 3 | Shall refrain from the use of any and all alcohol and shall submit to random alcohol testing upon the request of the U.S. Probation Office | |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-7938

Defendant's Date of Birth: XX/XX/1980

JANUARY 9, 2008
Date of Imposition of Judgment

Defendant's Residence Address:

AGAT, GUAM 96928

**/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jan 14, 2008**

Defendant's Mailing Address:

P.O. Box 8009

AGAT, GUAM 96915

DEFENDANT: PHILIP SALAS PINAULA
CASE NUMBER: CR-04-00001-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
 6 MONTHS

☐ The court makes the following recommendations to the Bureau of Prisons:

**X** The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
 ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
 ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 ☐ before 2 p.m. on _____ .
 ☐ as notified by the United States Marshal.
 ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL