# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# AMENDED MINUTES**
# REVOCATION

CASE NO.: CR-04-00001  DATE: January 09, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori   Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio   Electronically Recorded: 9:57:17 - 9:59:59
CSO: D. Quinata

**APPEARANCES:**

Defendant: Philip Salas Pinaula   Attorney: Joaquin C. Arriola, Jr.**
☑ Present ☐ Custody ☐ Bond ☑ P.R.   ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson   U.S. Agent:
U.S. Probation: Judy Ocampo   U.S. Marshal: None Present
Interpreter:   Language:

**PROCEEDINGS: Preliminary Revocation Hearing****
- Defendant admits to all the allegations.
- Revocation of probation <u>granted</u>.
- Defendant sentenced to 6 months imprisonment.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:


**Amended to correct docket text.